IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-14873-A

IN RE:

DWAYNE JAY NORTON

Petitioner.



On Petition for Writ of Mandamus
to the United States District Court for the
Middle District Of Florida

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this petition is hereby dismissed for want of prosecution because petitioner has failed to pay the $450 docket fee to the clerk of this court, within the time fixed by the rules, effective this 29th day of September, 2006.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Deborah Owens / spt
Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40

# United States Court of Appeals  RECEIVED
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

2006 OCT -3 PM 2:12  For rules and forms visit
www.ca11.uscourts.gov

CLERK U.S. DISTRICT COURT
TAMPA, FLORIDA

September 29, 2006

Dwayne Norton (DC 494397)
FL State Prison
7819 NW 228TH ST
RAIFORD FL 32026-2600

**Appeal Number: 06-14873-A**
Case Style: In Re: Dwayne Jay Norton
District Court Number: 06-01332 CV-T-30-MMP

Enclosed is the clerk's entry of dismissal of your petition for lack of prosecution pursuant to Eleventh Circuit Rule 42-1(b), which is issued as of the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Owens / spt (404) 335-6180

c: District Court Judge(info copy)
   Clerk of District Court

Encl.

PRO-8 (03-2005)