**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

DWAYNE JAY NORTON,

    Plaintiff,

-vs-                                                                                     Case No. 8:06-CV-1332-T-30MAP

JOAN CARVER, PETER SHUTE,
LORI ENGLES, PAULA BUNGAY,
CURTIS FLOWERS, ELAINE WHITE,
DAVID PARRISH, M. SAUNDERS, and
CORRECTIONAL MEDICAL SERVICES,

    Defendants.
_____/

**O R D E R**

This matter is before the Court for consideration of Plaintiff's Application to Proceed Without Prepayment of Fees filed May 6, 2007 (Dkt. 20). Plaintiff initiated this matter by filing a civil rights complaint pursuant to 42 U.S.C. §1983 (Dkt. 1). Because Plaintiff failed to commence his §1983 action "within four years of the allegedly unconstitutional or otherwise illegal act," *see Burton v. City of Belle Glade*, 178 F.3d 1175, 1188 (11th Cir. 1999), the Court concluded that the complaint was subject to summary dismissal without service on the Defendants and ordered the Clerk to close the case (Dkt. 5).

Plaintiff filed a request to proceed *in forma pauperis* ("IFP") (Dkt. 16), which was denied because the case was closed (Dkt. 17). Plaintiff filed a notice of appeal of the order denying his IFP request on February 22, 2007 (Dkt. 18). On March 21, 2007, the appellate court dismissed Plaintiff's appeal for failure to pay the $450.00 appellate filing fee and costs (Dkt. 19).

Nothing remains pending before this Court in this matter. The case stands closed.

**ACCORDINGLY**, the Court **ORDERS** that the Application to Proceed Without Prepayment of Fees (Dkt. 20) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on May 18, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copy furnished to:
*Pro Se* Plaintiff
SA:jsh